**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MARTINEZ,<br><br>            Plaintiff,<br><br>       v.<br><br>AMERICAN HOME MORTGAGE SERVICING. INC., A CALIFORNIA CORPORATION; LAW OFFICES OF LES ZIEVE; LIQUIDATION PROPERTIES, INC., A CALIFORNIA CORPORATION; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>            Defendants. | Case No. EDCV 10-00806 VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: July 15, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge